

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

## No. 02-25-00186-CR

———————————————

EMILIO CARLOS RAMIREZ, JR., Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1815077

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. His motion comes "[a]t a[] time before [our] decision" in the case, and both "[A]ppellant and his . . . attorney [have] sign[ed] the written motion to dismiss." Tex. R. App. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 26, 2025